IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VELMA WHITE,<br>     Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action 07-34 Erie<br>) |
| FORMTECH ENTERPRISES, INC.,<br>     Defendant, | )<br>) |

## **O R D E R**

AND NOW this 22nd day of June, 2007, the Plaintiff having filed a Motion for Judgment on the pleadings (Document No. 15) and the Defendant having filed a response thereto,

IT IS HEREBY ORDERED that said motion be and hereby is DENIED as there are material issues of fact in dispute.

_____     _____
                                                                                  Sean J. McLaughlin,
                                                                                  United States District Judge